# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SIGNAL 88, LLC, <br><br> Plaintiff/Counter Defendant, <br><br> vs. <br><br> RTC SECURITY CO. LLC, and WARD ROWLANDS, <br><br> Defendants/Counter Claimants. | 8:25CV537 <br><br> **ORDER** |

To facilitate conferences with Magistrate Judge Nelson, <u>unless the Court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

## WEBEX CASE CONFERENCE INSTRUCTIONS

For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

Dial 1-855-244-8681
Enter the access code: 2314 381 1094, then hit the # key

Dated this 15th day of October, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge